USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _2/24/26_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

DARON WILSON,                                                  :

                       **Plaintiff,**           :

                                 :

    **-against-**                                      :         **25-CV-10283 (ALC)**

                                 :

EQUIFAX INFORMATION SERVICES, LLC,        :         **ORDER**

                                 :

                 **Defendant.**           :

                                 :

                                 :

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

On February 18, 2026, Defendant filed a letter requesting a pre-motion conference regarding an anticipated motion to dismiss for failure to state a claim pursuant to Rule 12(b)(6). *See* ECF No. 5. Per this Court's Individual Practices, Plaintiff has three business days to respond, indicating his position to Defendant's request. Plaintiff should file a letter, indicating his position by **February 27, 2026.**

**SO ORDERED.**

**Dated:  February 24, 2026**
     **New York, New York**               _____

                                     **ANDREW L. CARTER, JR.**
                                     **United States District Judge**