USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/8/26_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x
DARON WILSON,                                                   :
                        **Plaintiff,**             :
                                   :
      -against-                                               :          25-CV-10283 (ALC)
                                   :
EQUIFAX INFORMATION SERVICES, LLC,     :          **ORDER**
                                   :
                     **Defendant.**          :
                                   :
                                   :
-------------------------------------------------------------------- x
**ANDREW L. CARTER, JR., District Judge:**

As discussed in today's conference, the Parties are ordered to submit a joint status report by **April 29, 2026**, updating the Court on whether the case has settled or if the Parties would like further assistance in settling the matter. If not, the Parties can propose a schedule for Plaintiff to file an amended complaint. If Defendant still wishes to move to dismiss, the Parties can include a joint briefing schedule for that as well.

Further, for the reasons discussed in Defendant's letter filed at ECF No. 6, Defendant's letter motion to temporarily stay discovery is **GRANTED**. The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 6.

**SO ORDERED.**

**Dated:  April 8, 2026**
      New York, New York                    _____
                                        **ANDREW L. CARTER, JR.**
                                         **United States District Judge**