**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------- x

**DARON WILSON,**                     :

                 **Plaintiff,**       :

                              :

     **-against-**                :       **25-CV-10283 (ALC)**

                              :

**EQUIFAX INFORMATION SERVICES, LLC,**    :       <u>**ORDER**</u>

                              :

               **Defendant.**       :

                              :

                              :
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

Plaintiff failed to appear at today's scheduled telephonic conference. As such, the conference is hereby adjourned to **May 27, 2026 at 4:00 pm.** The Parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#) on the date and time specified above.

**SO ORDERED.**

**Dated:** **May 18, 2026**
     **New York, New York**                    **ANDREW L. CARTER, JR.**
                                              **United States District Judge**