**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------- x

DARON WILSON,                                          :

                    **Plaintiff,**             :

                                          :

      -against-                                 :          25-CV-10283 (ALC)

                                            :

EQUIFAX INFORMATION SERVICES, LLC,       :          **ORDER**

                                          :

               **Defendant.**        :

                                          :

                                          :

----------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

As discussed during today's telephonic conference, Plaintiff is directed to submit proposed corrections to be made to his report to Defendant by noon on **May 28, 2026**. Further, the Parties are ordered to submit a joint status report by **June 16, 2026**, updating the Court on the status of settlement in this matter.

**SO ORDERED.**

**Dated:  May 27, 2026**
       **New York, New York**            _____
                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**