**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

**DARON WILSON,**                                       :

                            **Plaintiff,**         :

                                          :

       **-against-**                                   :          **25-CV-10283 (ALC)**

                                          :

**EQUIFAX INFORMATION SERVICES, LLC,**    :          **ORDER**

                                          :

                         **Defendant.**         :

                                          :

                                          :

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the joint status report filed with the Court on June 15, 2026. *See*

ECF No. 16.  The Parties are ordered to submit joint status report by **July 15, 2026**, updating the

Court on the status of settlement in this matter.

**SO ORDERED.**

**Dated:  June 25, 2026**
      **New York, New York**                                    **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**