**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **DARON WILSON,** Plaintiff, -against- EQUIFAX INFORMATION SERVICES, LLC, Defendant. | **25-CV-10283 (ALC)** **ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., District Judge:**

It having been reported to the Court that settlement has been reached in principle, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty days.

**SO ORDERED.**

**Dated: July 16, 2026**
**New York, New York**



**ANDREW L. CARTER, JR.**
**United States District Judge**